IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT ANDREW ROUTH, JR.**                                                                 **PLAINTIFF**

V.                             **CASE NO. 2:24-CV-2079**

**JUDGE CHRISTINE JOHSON**                                                                 **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 7) filed in this case on August 12, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 30th day of August, 2024.

                                          */s/ Timothy L. Brooks*
                                          TIMOTHY L. BROOKS
                                          UNITED STATES DISTRICT JUDGE